[Nos. 1839-2; 1840-2.   Division Two.   January 4, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. TOM WILLIS, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. CHARLIE B. BLACKMON, *Appellant*.

Appeals from a judgment of the Superior Court for Grays Harbor County, No. 65042, John H. Kirkwood, J., entered March 28, 1975. *Affirmed* by unpublished opinion per Petrie., C.J., concurred in by Reed, J., and Hale, J. Pro Tem.

[No. 3264-1.   Division One.   January 3, 1977.]

FRANCES HELEN SEBRING, *Respondent*, v. ORLAND WAYNE SEBRING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. D-36765, Francis E. Holman, J., entered August 27, 1974. *Affirmed in part* by unpublished opinion per Swanson, J., concurred in by Williams, C.J., and Farris, J.

[No. 4181-43643-1.   Division One.   January 3, 1977.]

WAYNE HANCOCK, ET AL, *Respondents*, v. PHILIP R. MEADE, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 767236, Janice Niemi, J., entered January 24, 1975. *Affirmed in part and reversed in part* by unpublished opinion per Swanson, J., concurred in by Callow and Andersen, JJ.